






TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-96-00170-CR







The State of Texas, Appellant



v.



John Morgan, Appellee







FROM THE COUNTY COURT AT LAW NO. 6 OF TRAVIS COUNTY


NO. 446690, HONORABLE DAVID PURYEAR, JUDGE PRESIDING
	  






PER CURIAM


	The State appeals the trial court's order granting appellee's pretrial order.  The
State has filed a motion to withdraw the appeal.  No decision of this Court has been delivered. 
The motion is granted and the appeal is dismissed.  See Tex. R. App. P. 59(b). 


Before Justices Powers, Jones and B. A. Smith

Appeal Dismissed on State's Motion

Filed:   May 1, 1996

Do Not Publish


